[No. 21413. Department Two. January 3, 1929.]

THE STATE OF WASHINGTON, *Appellant*, v. LEONARD MILLER, *Respondent*.[1]

*Chas. W. Greenough* and *Louis F. Bunge*, for appellant.
*Don F. Kizer*, for respondent.

PER CURIAM—This is a companion case to that of *State v. Johnson, ante* p. 456, 273 Pac. 532, and upon the authority of that case the judgment will be affirmed.